DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RM & ASSOCIATE CONSULTING, INC.** a/a/o **JORGE ARIAS,**
Appellant,

v.

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellee.

No. 4D21-598

[January 13, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel Kanner, Judge; L.T. Case Nos. COCE18-16218(55), CACE20-14718, COCE18-016263, and CACE20-014634.

Jose P. Font of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

Mark D. Tinker and Mary Lou Cuellar-Stilo of Cole, Scott & Kissane, P.A., Tampa, and Brett Frankel, Jonathan Sabghir, and Robert B. Gertzman of People's Trust Insurance Company, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, and KLINGENSMITH, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***